ACCEPTED
04-14-00666-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/27/2015 3:47:47 PM
KEITH HOTTLE
CLERK

# HANKINSON LLP

BRETT KUTNICK
214.754.9166
bkutnick@hankinsonlaw.com

March 27, 2015

***Via E-Filing***
Keith E. Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re: *In re Dean Davenport et al.*, No. 04-14-00666-CV, Fourth Court of Appeals at San Antonio

Dear Mr. Hottle:

In response to this Court's March 11, 2015 opinion and order in the above-referenced original proceeding, the trial court signed a new order on March 25, 2015 granting Plaintiffs' Motion for New Trial. Please inform the Court that Relators intend to file a petition for writ of mandamus challenging the trial court's new order granting a new trial. Relators will file their mandamus petition promptly and no later than April 17. Relators request that the Court take no further action with respect to their pending appeal in No. 04-14-00581-CV until their new mandamus petition has been resolved.

Respectfully submitted,

*/s/ Brett Kutnick*

Brett Kutnick
*Attorney for Relators*

cc: The Honorable Peter Sakai (via U.S. mail)
Ricardo G. Cedillo (via e-service)
Les J. Strieber III (via e-service)
Mark W. Kiehne (via e-service)
Brendan K. McBride (via e-service)
Nissa Dunn (via e-service)